IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

STATE AUTO PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                         Docket No. 1:18-CV-1077
                                            JURY DEMANDED

ABERNATHY MOTORCYCLE SALES, INC.,

    Defendant.

**VERDICT FORM**

1. **Products Liability**.

    1a. Do you, the jury, unanimously find that Plaintiff has proven by a preponderance of the evidence that Defendant was at fault and is liable to Plaintiff for strict liability?

    Yes _____        No __X__

Proceed to question 1b.

    1b. Do you unanimously find that Plaintiff has proven by a preponderance of the evidence that Defendant was at fault and is liable to Plaintiff for negligence?

    Yes _____        No __X__

If you answered "Yes" to either question 1a OR question 1b, then proceed to question 1c. However, if you answered "No" to both question 1a AND question 1b, then proceed to question 2.

1

1c. Do you unanimously find that Defendant has proven by a preponderance of the evidence that Plaintiff's Insured (Wilson Scott) negligently contributed to the damages suffered?

Yes _____    No _____

Proceed to question 2.

2. **Implied warranty**.

Do you unanimously find that Plaintiff has proven by a preponderance of the evidence that Defendant was at fault and is liable to Plaintiff for breach of warranty?

Yes _____    No _X_

Sign the verdict form, and return it to the Court Security Officer.

Date: 3-3-22        Presiding Juror: *Angela Simmons*